UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

LINDA Z. VOSS # 111434

Case Number: CV 13 80 120 MISC

**ORDER TO SHOW CAUSE RE SUSPENSION FROM MEMBERSHIP IN GOOD STANDING OF THE BAR OF THE COURT**

TO: Linda Z. Voss

You are enrolled as a member of the bar of the Northern District of California. Notice has been received by the Chief Judge of the United States District Court for the Northern District of California that your status as an attorney practicing in the Bankruptcy Court of the Northern District of California has been modified as follows:

**Immediate suspension for a period of 30 months, with sanctions and certain other requirements as set forth by Chief Bankruptcy Judge Alan Jaroslovsky, dated May 17, 2013.**

Effective the date of this order, your membership in the bar of this Court is **suspended on an interim basis** pursuant to Civil Local Rule 11-7(b)(1). **On or before July 8, 2013,** you may file a response to this Order meeting the requirements of Civil Local Rule 11-7(b)(2), which may be viewed on the Court's website at cand.uscourts.gov. If you fail to file a timely and adequate response to this Order, you will be suspended from membership without further notice.

If you are disbarred, suspended or placed on disciplinary probation by this Court and are later reinstated by the Bankruptcy Court and are also active with the State Bar of California, you may apply for reinstatement pursuant to Civil Local Rule 11-7(b)(3). The Clerk shall close this file on or after July 8, 2013, absent further order of this Court.

IT IS SO ORDERED.

Dated: 5-31-13

WILLIAM ALSUP
United States District Judge

*Form updated July 2012*