United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF                                      No. C 13-80120 WHA

LINDA Z. VOSS # 111434

                                                      **ORDER OF SUSPENSION**

_____/

   An order to show cause why Attorney Linda Z. Voss should not be suspended from practice was mailed to Attorney Voss at the address of record on her membership in the bar of this district court (Dkt. No. 1). She did not respond. As a result, this order of suspension now follows.

   It has come to the attention of the undersigned judge that Attorney Voss is using a different address in connection with lawsuits she now has pending in this district. As a courtesy to Attorney Voss, this order shall be sent to that address as well as to the address of record on her admission to practice in this district:

       Law Offices of Linda Z Voss
       100 North Brand Blvd., Suite 14
       Glendale, CA 91203

   Effective immediately, Attorney Linda Z. Voss is hereby **SUSPENDED** from practicing in this district.

   **IT IS SO ORDERED.**

Dated: July 18, 2013.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE